FILED by KZ D.C.
ELECTRONIC

Jul 21, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**11-80133-CR-RYSKAMP/HOPKINS**

Case No. _____

21 USC 841(a)(1); 841(b)(1)(C)
18 USC 922(g)(1)
18 USC 924(a)(2)

UNITED STATES OF AMERICA

v.

WESLEY WHITE,

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 15, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**WESLEY WHITE,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT TWO

On or about September 22, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**WESLEY WHITE,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT THREE

On or about September 29, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**WESLEY WHITE,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT FOUR

On or about October 6, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**WESLEY WHITE,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT FIVE

On or about October 28, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

## WESLEY WHITE,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT SIX

On or about October 29, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

## WESLEY WHITE,

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone..

## COUNT SEVEN

On or about November 8, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**WESLEY WHITE,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting interstate or foreign commerce, to wit: a Colt Model MKIV .45 caliber semi-automatic pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT EIGHT

On or about November 17, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**WESLEY WHITE,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT NINE

On or about November 19, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**WESLEY WHITE,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

WESLEY WHITE
          Defendant.
_____/

CASE NO. 11-80133-CR-RYSKAMP/HOPKINS

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami     ___ Key West
___ FTL    _X_ WPB     ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days      _X_           Petty    ___
   II   6 to 10 days     ___           Minor    ___
   III  11 to 20 days    ___           Misdem.  ___
   IV   21 to 60 days    ___           Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

                                   _____
                                   KAREN L. ATKINSON
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No. 178603

*Penalty Sheet(s) attached                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>WESLEY WHITE</u>

Case No: <u>11-80133-CR-RUSKAMP/HOPKINS</u>

Counts : 1-6; 8 and 9

<u>21 USC §§ 841(a)(1) and 841(b)(1)(C)</u>
<u>Distribution of a controlled substance</u>

* **Max. Penalty:** 0-5 Years Imprisonment; $250,000 Fine; 2 Years to Life Supervised Release

Counts : 7

<u>18 USC §§ 922(g)(1) and 924(a)(2)</u>
<u>Possession of a Firearm by a Convicted Felon</u>

* **Max. Penalty:** 10 Years Imprisonment; $250,000 Fine; 3 Years Supervised Release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**